IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01062-REB-MJW

PITTSBURGH STANDARD SPINE CO.,

Plaintiff(s),

v.

LANX, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order, DN 21, filed with the Court on October 7, 2009, is GRANTED.  The tendered Modified Scheduling Order is APPROVED and is made an order of Court.

Date:   October 8, 2009