# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 09CV01062-REB-MJW

Pittsburgh Standard Spine Co.,

    Plaintiff and Counterclaim Defendant,

v.

Lanx, Inc. as successor to Lanx, LLC

    Defendant and Counterclaimant.

---

## ORDER GRANTING SECOND MODIFICATION OF SCHEDULING ORDER
( Docket No. 25 )

THIS MATTER comes before the Court upon the parties' Joint Motion to Modify Scheduling Order. The Court, having reviewed the Joint Motion and relevant matters of record, and being otherwise advised, GRANTS the Joint Motion, and

ORDERS that Section 8.a. of the Modified Scheduling Order entered in this action on October 8, 2009 be and hereby is amended to change the date stated therein to November 18, 2009; and

FURTHER ORDERS that the Modified Scheduling Order shall in all other respects remain in full force and effect.

DATED this 16th day of November 2009.

BY THE COURT:

_/s/ Michael J. Watanabe_
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO