IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09CV01062-REB-MJW

Pittsburgh Standard Spine Co.,

    Plaintiff and Counterclaim Defendant,

v.

Lanx, Inc. as successor to Lanx, LLC

    Defendant and Counterclaimant.

## ORDER GRANTING MODIFICATION OF SCHEDULING ORDER REGARDING SETTLEMENT CONFERENCE

THIS MATTER comes before the Court upon the parties' Joint Motion to Modify Scheduling Order. The Court, having reviewed the Joint Motion and relevant matters of record, and being otherwise advised, GRANTS the Joint Motion, and

ORDERS that the settlement conference in this matter currently set for November 23, 2009 be and hereby is vacated and rescheduled for January 11, 2010 commencing at 10:00 a.m.; and

FURTHER ORDERS that the parties shall submit their confidential settlement statements on or before January 6, 2010.

DATED this 19th day of November 2009.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO