IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01062-REB-MJW

PITTSBURGH STANDARD SPINE CO.,

Plaintiff,

v.

LANX, LLC,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Amend Complaint (Docket No. 32) is granted, and the tendered Amended Complaint (Docket No. 33) is accepted for filing as of the date of this Minute Order.

Date:   December 7, 2009