IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01062-REB-MJW

PITTSBURGH STANDARD SPINE CO.,

Plaintiff,

v.

LANX, LLC,

Defendant.

---

**ORDER REGARDING JOINT MOTION TO MODIFY SCHEDULING ORDER**
( Docket No. 53 )

---

THE COURT, upon review of the Joint Motion to Modify Scheduling Order and being fully apprised in the premises thereof, HEREBY GRANTS said Motion. The operative Scheduling Order is modified to require the completion of fact and expert discovery no later than thirty days after ~~the completion of the private mediation presently scheduled for~~ April 12, 2010, and to require the disclosure of rebuttal expert witnesses by March 15, 2010. The Scheduling Order shall otherwise remain in full force and effect.

DONE and ORDERED this 5th day of March, 2010.

BY THE COURT:

*[signature]*

fb.us.4875789.01

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO