IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01062-REB-MJW

PITTSBURGH STANDARD SPINE CO.,

Plaintiff(s),

v.

LANX, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order, DN 64, filed with the Court on March 31, 2010, is GRANTED. The operative Scheduling Order is modified to require the completion of fact and expert discovery no later than May 31, 2010. In addition, the deadline for the Plaintiffs' Response to Defendant's Motion for Summary Judgment shall be due on April 15, 2010.

It is FURTHER ORDERED that the Final Pretrial Conference set on May 6, 2010, at 8:30 a.m., is VACATED and RESET on June 15, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Watanabe five (5) days prior to the Final Pretrial Conference consistent with the Local Rules of Practice for electronic case filing. In addition, a proposed Final Pretrial Order in WordPerfect format shall be submitted by e-mail to Watanabe_chambers@cod.uscourts.gov. as an attachment to the e-mail.

Date: April 2, 2010