IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01062-REB-MJW

Pittsburgh Standard Spine Co.,

    Plaintiff and Counterclaim Defendant,

v.

Lanx, Inc., as successor to Lanx, LLC,

    Defendant and Counterclaimant.

---

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**
( Docket No. 37 )

THE COURT, upon review of the parties Joint Motion to Modify Scheduling Order, and being fully apprised in the premises thereof, HEREBY GRANTS said Motion.

The deadline to complete discovery is extended through and including June 11, 2010.

DONE and ORDERED this 3rd day of June, 2010.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

fb.us.5254305.01